## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

*JEREMY JOSEPH KENT* v. *ROBERT CUMMINGS*

THE HONORABLE JOHN W. SEDWICK　　　　CASE NO. 2:09-cv-01616 (JWS)

PROCEEDINGS: **ORDER FROM CHAMBERS**　　　　Date: June 24, 2010

    In a report at docket 65, Magistrate Judge Anderson recommends that plaintiff's motion at docket 51 directing ADOC to take specified actions be denied. The time for objections has run, and none have been filed. In a matter of this type, this court reviews the recommendation from the magistrate judge according to the following standard: All recommended conclusions of law and findings of fact as to which an objection is taken are reviewed *de novo*, while other recommended findings of fact are reviewed for clear error. Applying that standard, this court concludes that the report at docket 65 is in all respects correct. This court adopts the report at docket 65 and based thereon the motion at docket 51 is **DENIED**

.