**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Joseph Kent,<br><br>          Plaintiff,<br><br>vs.<br><br>D.C. Cummings, et al.,<br><br>          Defendants. | No. CV-09-1616-PHX-JWS (LOA)<br><br>**ORDER** |

This matter arises on Plaintiff's Motion for Reconsideration for the Appointment of Counsel. (Doc. 80)

Plaintiff requests reconsideration of the June 24, 2010 order denying his motion for appointment of counsel. (Doc. 70) Plaintiff requests the appointment of counsel, in part, to facilitate Plaintiff's viewing of materials which Defendants produced in response to Plaintiff's discovery requests that are in electronic format - DVDs and discs - that were seized by the Arizona Department of Corrections ("ADOC") as contraband. Specifically, Plaintiff contends that on May 24, 2010, he received from Defendants' responses to his discovery requests which included "(6) Six CDR Memorex discs and (8) Eight DVDR TDK Discs containing Plaintiff's discovery requests. . . ." (Doc. 80)  Plaintiff has submitted evidence supporting his claim that these materials were seized as contraband by ADOC and "turned over to COII Perry." (Doc. 80; attachment Inmate Property/Contraband/Disposition Tracking dated May 24, 2010) (identifying "6 CDR Memorex" and "8 DVDR TDK" as "unauthorized legal prop.")

1  Plaintiff has filed several grievances with ADOC attempting to access the DVDs and discs. (Doc. 80, attachments) CO II Perry has advised Plaintiff that the DVDs will be kept in long term legal storage and Plaintiff can make arrangements with COII Mendoza to view the DVDs. (Doc. 80; attachment, July 2, 2010 Inmate Letter Response) Plaintiff has unsuccessfully attempted to make arrangements with CO II Mendoza to view the DVDs and discs. (Doc. 80, attachment, July 4, 2010 Inmate Letter) Plaintiff then filed the pending motion seeking assistance to view the discovery materials.

Plaintiff cannot adequately pursue his federal case and prepare for his deposition without timely viewing the discovery produced by Defendants. As such, Plaintiff is entitled to view the CDs and DVDs produced to him on May 24, 2010. The Court will direct Defendants to make arrangements with ADOC to permit Plaintiff to view the CDs and DVDs identified in the pending motion. Defendants shall promptly make such arrangements for Plaintiff to view the CDs and DVDs, and shall file a written notice regarding those arrangements, including the date upon which Plaintiff will be permitted to view the materials. Additionally, if appropriate, Defendants shall provide Plaintiff with hard copies of the information contained on the CDs and DVDs produced on May 24, 2010.

After consideration of this matter,

**IT IS ORDERED** that Plaintiff's Motion for Reconsideration (Doc. 80) is **DENIED.**

**IT IS FURTHER ORDERED** that Defendants shall **promptly** make arrangements for Plaintiff to timely view the "6 CDR Memorex" CDs and "8 DVDR TDK" DVDs produced to Plaintiff on May 24, 2010 and that Defendants shall file a written notice regarding those arrangements, including the date upon which Plaintiff will be permitted to view the materials. If appropriate, Defendants shall also timely produce to Plaintiff hard copies of the information contained on the 6 CDs and 8 DVDs produced on May 24, 2010.

Dated this 27th day of July, 2010.

_____
Lawrence O. Anderson
United States Magistrate Judge